| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ursula G. Barrios**<br>Law Offices of Ursula G. Barrios<br>723 W. Chapman Avenue<br>Orange, CA 92868<br>(714) 289-8080 Fax: (714) 289-8082<br>California State Bar Number: **256378**<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER |
| In re<br><br>Roberto Arturo Lopez<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Roberto Arturo Lopez__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __5/18/10__.

2. I am the owner of real property[1] at the following street address:

   __938 South Catalina Street__

   __Los Angeles, CA 90006__                          (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __U.S. Bank__.

   b. Second deed of trust in favor of __Chase__ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

Case 2:10-bk-29876-EC   Doc 14   Filed 06/22/10   Entered 06/22/10 15:14:16   Desc
Main Document   Page 2 of 8

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 5*

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| **Roberto Arturo Lopez** | | |
| | Debtor(s). | CASE NUMBER |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **U.S. Bank** | $ 4,125.31 | 6/15/10 | 6/07/10 |
| | | | |
| Creditor | | | |
| **Chase** | $ 666.76 | 6/15/10 | 6/15/10 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments          F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 5

| In re **Roberto Arturo Lopez** | CHAPTER **13** |
|---|---|
| Debtor(s). | CASE NUMBER |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **June 22, 2010**              Signature    */s/ Roberto Arturo Lopez*
                                                  **Roberto Arturo Lopez**
                                                  Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

**FIRST FEDERAL BANK**
OF CALIFORNIA
12555 W. JEFFERSON BOULEVARD
LOS ANGELES, CA 90066

CHECK NUMBER 0033656 4

**CASHIER'S CHECK**

NOTICE TO CUSTOMER: THE PURCHASE OF AN INDEMNITY BOND MAY BE REQUIRED BEFORE THIS INSTRUMENT CAN BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, STOLEN OR DESTROYED.

PAY

DATE

TO THE ORDER OF

NOT NEGOTIABLE

AUTHORIZED SIGNATURE

REMITTER _____

CLIENT COPY

THE BACK OF THIS CHECK MUST CONTAIN AN ARTIFICIAL WATERMARK • FACE OF DOCUMENT HAS MICROPRINT

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US BANK
P.O. BOX 790415
ST. LOUIS, MO
63179-0415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Mike Stoll*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MIKE STOLL    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article (Transfe...  7009 2820 0000 9419 7853

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAINT LOUIS MO 63179

| | | |
|---|---|---|
| Postage | $0.44 | 0038 |
| Certified Fee | $2.80 | 13 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 5.54 | 06/07/2010 |

Sent To: US BANK
Street, Apt. No.; or PO Box No. P.O. BOX 790415
City, State, ZIP+4 ST. LOUIS, MO 63179-0415

PS Form 3800, August 2006    See Reverse for Instructions

7009 2820 0000 9419 7853

**FIRST FEDERAL BANK**
OF CALIFORNIA
12555 W. JEFFERSON BOULEVARD
LOS ANGELES, CA 90066

CHECK NUMBER 06336599    3222

**CASHIER'S CHECK**
NOTICE TO CUSTOMER: THE PURCHASE OF AN INDEMNITY BOND MAY BE REQUIRED BEFORE THIS INSTRUMENT CAN BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, STOLEN OR DESTROYED.

DATE

PAY

TO THE ORDER OF

REMITTER _____

NOT NEGOTIABLE
AUTHORIZED SIGNATURE

CLIENT COPY

**THE BACK OF THIS CHECK MUST CONTAIN AN ARTIFICIAL WATERMARK • FACE OF DOCUMENT HAS MICROPRINT**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CHASE
   P.O. BOX 78065
   PHOENIX AZ 85062
   8065

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Kyle Kwu   JUN 18 2010
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 2820 0000 9449 3374

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHOENIX AZ 85062  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.44 | 0038 |
| Certified Fee | $2.80 | 14 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 06/15/2010 |

Sent To  CHASE
Street, Apt. No.; or PO Box No.  P.O. BOX 78065
City, State, ZIP+4  PHOENIX AZ 85062-8065

PS Form 3800, August 2006    See Reverse for Instructions

7009 2820 0000 9449 3374

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 4 of 5

| In re | | CHAPTER 13 |
|---|---|---|
| Roberto Arturo Lopez | | |
| | Debtor(s). | CASE NUMBER |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as **Post Petition Declaration: June Payment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/22/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

U.S. Trustee (L.A.)
ustpregion16.la.ecf@usdoj.gov

Kathy A Dockery
efiling@CH13LA.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 22, 2010 | Laura Lopez | _/s/ Laura Lopez_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Roberto Arturo Lopez
PO Box 38135
Los Angeles, CA 90038


Ursula G. Barrios
Law Offices of Ursula G. Barrios
723 W. Chapman Avenue
Orange, CA 92868


Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410


Bank Of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27410


Bank Of America
Po Box 17054
Wilmington, DE 19850


Citi
Po Box 6241
Sioux Falls, SD 57117


Gilberto Terrzas Cordovva
936 1/2 S. Catatlina
Los Angeles, CA 90006


Jose Juan Herrera Terrzas
936 S. Catalina
Los Angeles, CA 90006

```
Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018


Lvnv Funding Llc
P.o. B  10584
Greenville, SC 29603


Maria Estela Lopez
355 W. Court St.
Los Angeles, CA 90026


Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266


Ramiro Rodriguez & Andrea DeLeon
938 1/2 S. Catalina
Los Angeles, CA 90006


US Bank
800 Nicollet Mall
Minneapolis, MN 55402


Us Bank Home Mortgage
Attn: Bankruptcy Dept
Po Box 5229
Cincinnati, OH 42304


Washington Mutual Mortgage/ Chase
Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256
```